**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>America's Car-Mart, Inc., *et al.*[1]<br><br>Debtors | Chapter 11<br><br>Case No. 26-90834 (CML) |

**AFFIDAVIT OF SERVICE**

{STATE OF CALIFORNIA }
{ } ss.:
{COUNTY OF LOS ANGELES }

Randy Lowry, being duly sworn, depose and says:

1. I am employed by Omni Agent Solutions, Inc., located at 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 23, 2026, I caused to be served the:

   a. Debtor's Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of America's Car-Mart, Inc., and Certain of Its Affiliates (the "Disclosure Statement"),

   b. Ballot for Voting to Accept or Reject the Joint Prepackaged Chapter 11 Plan of America's Car-Mart, Inc. and Certain of Its Affiliates – Class 3 – Prepetition Secured Loan Claims, (the "Class 3 Ballot")

By causing true and correct copies of the Disclosure Statement, and Class 3 Ballot to be served on those parties on the annexed **Exhibit A**, via the method set forth to the names and addresses of the parties listed thereon.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' tax identification numbers, are: America's Car-Mart, Inc. (1141); Colonial Auto Finance, Inc. (3258); Texas Car-Mart, Inc. (3909); America's Car Mart, Inc. (1606); Colonial Underwriting, Inc. (3159); and Auto Finance Investors, Inc. (1385). The location of Debtor America's Car-Mart, Inc.'s corporate headquarters and the Debtors' service address in these Chapter 11 Cases is 1805 North 2nd Street, Suite 401, Rogers, Arkansas 72756.

Dated: November 24, 2026

________________________________
Randy Lowry

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 24th day of November, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

________________________________
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

# EXHIBIT A

**Exhibit A**

**Service List**

| Name | Email | Method of Service |
|---|---|---|
| Beach Point Enhanced Securitized Credit Master Fund LP | jsauer@beachpointcapital.com; gfineberg@beachpointcapital.com | Email |
| Beach Point Sangamon LP | jsauer@beachpointcapital.com; gfineberg@beachpointcapital.com | Email |
| Beach Point Securitized Credit Fund LP | jsauer@beachpointcapital.com; gfineberg@beachpointcapital.com | Email |
| Beach Point TX SCF LP | jsauer@beachpointcapital.com; gfineberg@beachpointcapital.com | Email |
| BPC Opportunities Fund V LP | jsauer@beachpointcapital.com; gfineberg@beachpointcapital.com | Email |
| BPC Opportunities Offshore Fund V LP | jsauer@beachpointcapital.com; gfineberg@beachpointcapital.com | Email |
| Silver Point Loan Funding, LLC | tlavelle@silverpointcapital.com; rdawer@silverpointcapital.com; esantoro@silverpointcapital.com; akhalid@silverpointcapital.com; sparikh@silverpointcapital.com; CreditAdmin@silverpointcapital.com | Email |
| Silver Point RR Manager, L.P. | tlavelle@silverpointcapital.com; rdawer@silverpointcapital.com; esantoro@silverpointcapital.com; akhalid@silverpointcapital.com; sparikh@silverpointcapital.com; CreditAdmin@silverpointcapital.com | Email |
| Silver Point Select Opportunities Fund A, L.P. | tlavelle@silverpointcapital.com; rdawer@silverpointcapital.com; esantoro@silverpointcapital.com; akhalid@silverpointcapital.com; sparikh@silverpointcapital.com; CreditAdmin@silverpointcapital.com | Email |
| Silver Point Specialty Credit Fund II Mini-Master Fund, L.P. | tlavelle@silverpointcapital.com; rdawer@silverpointcapital.com; esantoro@silverpointcapital.com; akhalid@silverpointcapital.com; sparikh@silverpointcapital.com; CreditAdmin@silverpointcapital.com | Email |
| Silver Point Specialty Credit III Master Fund, L.P. | tlavelle@silverpointcapital.com; rdawer@silverpointcapital.com; esantoro@silverpointcapital.com; akhalid@silverpointcapital.com; sparikh@silverpointcapital.com; CreditAdmin@silverpointcapital.com | Email |
| Silver Star Master I, LP. | tlavelle@silverpointcapital.com; rdawer@silverpointcapital.com; esantoro@silverpointcapital.com; akhalid@silverpointcapital.com; sparikh@silverpointcapital.com; CreditAdmin@silverpointcapital.com | Email |
| SPCP Group, LLC | tlavelle@silverpointcapital.com; rdawer@silverpointcapital.com; esantoro@silverpointcapital.com; akhalid@silverpointcapital.com; sparikh@silverpointcapital.com; CreditAdmin@silverpointcapital.com | Email |
| Specialty Credit Facility II On MM, LLC | tlavelle@silverpointcapital.com; rdawer@silverpointcapital.com; esantoro@silverpointcapital.com; akhalid@silverpointcapital.com; sparikh@silverpointcapital.com; CreditAdmin@silverpointcapital.com | Email |